CATHERINE G. WOOD, Respondent, *v.* NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant.

Submitted October 18, 1939; decided November 14, 1939.

*Ransom Pratt* for appellant.

*Levi Ginsburg* and *Samuel Ginsburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.